IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WENDY MEDBOURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:20-cv-00916 |
| v. | ) |
| | ) |
| PEKIN INSURANCE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Wendy Medbourn, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims pending in this matter. The parties are working out the details of the terms of the settlement release agreement and drafting the settlement documents, and ask the Court to vacate all of the deadlines and the telephonic Rule 16 preliminary pre-trial conference scheduled for January 13, 2021 while the parties finalize the necessary settlement documents. It is estimated the parties will fully perform their duties within thirty (30) days from the date of this Notice and will file dismissal documents to fully conclude this matter accordingly.

TAYLOR DeVORE & PADGETT, P.C.

*/s/ David L. Taylor*
David L. Taylor
Attorney No.:  11338-49

*/s/ Jerry M. Padgett*
Jerry M. Padgett
Attorney No.:  27282-49

TAYLOR DeVORE & PADGETT, P.C.
Keystone Office Park
3003 East 98th Street
Suite 201
Carmel, IN 46280
Phone:  (317) 228-9910
Fax:  (317) 228-9972
dtaylor@taylorlitigation.com
jpadgett@taylorlitigation.com
*Attorneys for Plaintiff,*
*Wendy Medbourn*

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Grover B. Davis
James T. Flanigan
Scott S. Mandarich
McCLURE & DAVIS
251 E. Ohio Street
Suite 915
Indianapolis, IN 46204-2133
gbdavis@gbd.law
*Attorneys for Defendant,*
*Pekin Insurance*

/s/ Jerry M. Padgett
Jerry M. Padgett
Attorney No. 27282-49

TAYLOR DeVORE & PADGETT, P.C.
Keystone Office Park
3003 East 98th Street
Suite 201
Carmel, IN 46280
Phone:  (317) 228-9910
Fax:  (317) 228-9972
dtaylor@taylorlitigation.com
jpadgett@taylorlitigation.com
*Attorneys for Plaintiff,*
*Wendy Medbourn*