UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | | |
|---|---|---|
| WENDY MEDBOURN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:20-cv-00916-RLM-MGG |
| | ) | |
| PEKIN INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL, WITH PREJUDICE

Plaintiff, Wendy Medbourn, and Defendant, Pekin Insurance Company, by their respective counsel, stipulate to the dismissal of this matter, with prejudice, this matter having been compromised and settled between the parties.

Nothing about this dismissal of the action pending in the United States District Court, Northern District of Indiana, South Bend Division, Cause No. 3:20-cv-00916-RLM-MGG: *Wendy Medbourn v. Pekin Insurance Company*, shall be construed to affect, impact, or otherwise preclude Wendy Medbourn from continuing to pursue the claims asserted in the action pending in the Tippecanoe County Superior Court, Cause No. 79D02-1808-CT-000121: *Wendy Medbourn v. Pekin Insurance*.

TAYLOR DeVORE & PADGETT, P.C.

/s/ Jerry M. Padgett_____
Jerry M. Padgett, #27282-49
Keystone Office Park
3003 East 98th Street, Suite 201
Carmel, IN 46280
Tel:   (317) 228-9910
Fax:   (317) 228-9972
jpadgett@taylorlitigation.com
Attorney for Plaintiff

McCLURE McCLURE & DAVIS

<u>/s/ Grover B. Davis</u>
Grover B. Davis, #4408-49
251 East Ohio Street, Suite 915
Indianapolis, IN 46204
Tel: (317) 221-0800
Fax: (317) 221-0900
Attorney for Defendant