UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| WENDY MEDBOURN | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | 3:20-cv-00916-RLM-MGG |
| PEKIN INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL

Plaintiff, Wendy Medbourn, and Defendant, Pekin Insurance Company, by their respective counsel, having filed their Stipulation of Dismissal, with prejudice, of this matter,

And the Court being duly advised in the premises, finds that this cause be dismissed, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that this cause is dismissed, with prejudice.

Nothing about this dismissal of the action pending in the United States District Court, Northern District of Indiana, South Bend Division, Cause No. 3:20-cv-00916-RLM-MGG: *Wendy Medbourn v. Pekin Insurance Company*, shall be construed to affect, impact, or otherwise preclude Wendy Medbourn from continuing to pursue the claims asserted in the action pending in the Tippecanoe County Superior Court, Cause No. 79D02-1808-CT-000121: *Wendy Medbourn v. Pekin Insurance*

ALL OF WHICH IS ORDERED THIS _____ DAY OF FEBRUARY, 2020.

                                                                  _____
                                                                  JUDGE, Johnson County Superior Court

**Distribution:**

James T. Flanigan

Steven E. Willsey