UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WENDY MEDBOURN, )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>PEKIN INSURANCE COMPANY, )<br>)<br>*Defendants* ) | Cause No. 3:20-cv-916-RLM-MGG |

ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' joint stipulation of dismissal [Doc. No. 12], this case is DISMISSED with prejudice. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:  February 2, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court