AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WENDY MEDBOURN,

           Plaintiff

v.                                               Civil Action No. 3:20-cv-00916

PEKIN INSURANCE COMPANY,

           Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: Pursuant to the stipulation of dismissal [Doc. No. 12] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Robert L. Miller, Jr. on a STIPULATION to Dismiss by Defendant.

DATE: February 2, 2021                         ROBERT N. TRGOVICH, CLERK OF COURT

                                                                    By: s/ L. Higgins-Conrad
                                                                          *Signature of Deputy Clerk*